## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN D1STRICT OF MISSISSIPPI
## DELTA DIVISION

**LOUIS BAILEY**                                                                                    **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.:2:08-CV-00253-WAP-DAS**

**DOLGENCORP, LLC,**
**and JOHN DOES 1-10**                                                                **DEFENDANTS**

### PLAINTIFF'S TRIAL BRIEF

The Plaintiff, Louis Bailey, hereby adopts his Memorandum Brief in Opposition to Defendant's Motion for Summary Judgment as his Trial Brief.

**RESPECTFULLY SUBMITTED**, this 19th day of September, 2010.

**LOUIS BAILEY, PLAINTIFF**


/s/:   Ottowa E. Carter, Jr.
        **OTTOWA E. CARTER, JR., MSB #8925**


**OF COUNSEL:**

**OTTOWA E. CARTER, JR., P.A.**
**108 E. Northside Drive - Suite C**
**P. O.  BOX 31**
**CLINTON, MS 39060-0031**
**TEL: (601) 910-5001**
**FAX: (601) 910-5003**

## CERTIFICATE OF SERVICE

I, Ottowa E. Carter, Jr., do hereby certify that I have this day, filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

>Edward F. Harold, Esquire
>FISHER & PHILLIPS, L.L.P.
>201 St. Charles Ave., Suite 3710
>New Orleans, LA 70170

**SO CERTIFIED**, this 19th day of September, 2010.

>/s/ Ottowa E. Carter, Jr.
>**OTTOWA E. CARTER, JR.**